UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

CALIFORNIANS FOR ALTERNATIVES
TO TOXICS, et al.,

        Plaintiffs,

   v.                                  CIV. NO. S-00-2016 LKK/JFM

MICHAEL DOMBECK, et al.,

        Defendants.
_____/

FOREST ISSUES GROUP, et al.,

        Plaintiffs,

   v.                                  CIV. NO. S-05-1522 LKK/JFM

STEVEN EUBANKS, etc., et al.,        <u>RELATED CASE ORDER</u>

        Defendants.
_____/

    The court has received the Notice of Related Cases filed August 1, 2005. Examination of the above-entitled actions reveals that both actions are related within the meaning of Local Rule 83-123(a), E.D. Cal. (1997).

1  Because the cases are already assigned to the same district
2  judge and magistrate judge as the earlier-filed case, this order is
3  issued for informational purposes only and shall have no effect on
4  the status of the cases.
5  IT IS SO ORDERED.
6  DATED: August 4, 2005.
7
8                                  /s/Lawrence K. Karlton
                                   LAWRENCE K. KARLTON
9                                  SENIOR JUDGE
                                   UNITED STATES DISTRICT COURT
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26